UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CRIMINAL MINUTES - GENERAL

SEND

Case No: SA CR 03-26(A)-AHS                Date: January 24, 2005
================================================================
PRESENT: HONORABLE ALICEMARIE H. STOTLER, JUDGE

| Ellen Matheson | Theresa Lanza | Gregory W. Staples |
|---|---|---|
| Deputy Clerk | Court Reporter | Asst. U. S. Attorney |

================================================================
U.S.A. vs (Defendant listed below)        Attorneys for Defendant

1) DAWN RANDALL                           1) Benjamin N. Gluck
 X pres __custody  X bond                  X pres __apptd  X rtnd

PROCEEDINGS:   ARRAIGNMENT ON FIRST SUPERSEDING INFORMATION; GUILTY PLEA

  X    Defendant states true name as Dawn Marie Randall.

  X    Defendant is arraigned on the single-count Information.
       Waiver of Indictment is accepted, signed and filed.

  X    Defendant sworn.

  X    Defendant enters a plea of Guilty to Count 1 of the single-
       count Information.

  X    The Court questions the defendant regarding her plea of
       GUILTY and FINDS that a factual basis has been laid, and
       further FINDS the plea is knowledgeable and voluntarily made.
       The Court ORDERS the plea accepted and entered.

  X    The Court refers the defendant to the Probation Office for
       investigation, and preparation of the pre-sentence report.
       The matter is continued to **April 18, 2005, at 3:30 p.m.** for
       sentencing. The defendant is ORDERED to return at that time.
       Further, sentencing position papers are due no later than two
       weeks before the date of sentencing, including service on the
       assigned U.S. Probation Officer.

  X    The Court further ORDERS that the Jury Trial scheduled for
       February 1, 2005, is VACATED.

  X    The Court further ORDERS the Plea Agreement incorporated into
       this proceedings.

  X    The Court further ORDERS the defendant released on the same
       terms and conditions as previously set, pending sentencing.

cc: USPO
    PSA-SA
    USMO-SA

                                    ENTER ON ICMS  197

                                    JAN 25 2005

MINUTES FORM 6
CRIM - GEN                          Initials of Deputy Clerk _em_