DEBRA W. YANG
United States Attorney
WAYNE R. GROSS
Assistant United States Attorney
Chief, Santa Ana Office
THOMAS S. McCONVILLE (State Bar No. 155905)
Assistant United States Attorney
  United States Attorney's Office
  411 West Fourth Street, Suite 8000
  Santa Ana, California 92701
  Telephone: (714) 338-3590
  Facsimile: (714) 338-3564
  e-mail: thomas.mcconville@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>  Plaintiff,<br>  v.<br>DAWN RANDALL, et al.,<br>  Defendant. | NO. SA CR 03-026(A)-AHS<br><br>STIPULATION TO CONTINUE SENTENCING DATE; [~~PROPOSED~~] ORDER<br><br>Current date: 04/18/05<br>New date: 05/09/05<br>    at 2:30 p.m. |

  Plaintiff United States of America, by and through its counsel of record, the United States Attorney for the Central District of California, and defendant Dawn Randall, by and through her counsel of record Benjamin Gluck, hereby stipulate as follows:

  1. Defendant pleaded guilty to a single-count Information on January 24, 2005. On that date the court set defendant's sentencing for April 18, 2005.

  2. The parties need additional time to prepare for the sentencing, and to address issues related to sentencing.

  3. No prior continuance has been sought.

ENTER ON ICMS

cc: USAO-SA
  USPO - SA
  PSA

APR 13 2005

4. Defendant is out on bond.

5. The government left a voice message for the probation officer who prepared the Pre-Sentence Report, advising her that this stipulation is being filed.

6. The parties request that the sentencing date be continued until May 9, 2005 at 2:30 p.m.

IT IS SO STIPULATED.

Dated:   April 11, 2005          Respectfully submitted,

                                 DEBRA W. YANG
                                 United States Attorney

                                 WAYNE R. GROSS
                                 Assistant United States Attorney
                                 Chief, Santa Ana Office

                                 _____
                                 THOMAS S. McCONVILLE
                                 Assistant United States Attorney

                                 Attorneys for Plaintiff
                                 United States of America


Dated:   April 11, 2005          _____
                                 BENJAMIN GLUCK
                                       Via Phone Consent
                                 Attorney for Defendant
                                 DAWN RANDALL


## O R D E R

IT IS HEREBY ORDERED that the sentencing in this matter be continued to May 9, 2005 at 2:30 p.m.

IT IS SO ORDERED.                _____

APR 12 2005                      HONORABLE ALICEMARIE H. STOTLER
                                 UNITED STATES DISTRICT JUDGE

2

## CERTIFICATE OF SERVICE BY MAIL

I, **JOYCE PARK**, declare: That I am a citizen of the United States and resident or employed in Orange County, California; that my business address is United States Attorney's Office, 411 West Fourth Street, Suite 8000, Santa Ana, California 92701; that I am over the age of eighteen years, and am not a party to the above-entitled action;

That I am employed by the United States Attorney for the Central District of California, who is a member of the Bar of the United States District Court for the Central District of California, at whose discretion the service by mail described in this Certificate was made; that on <u>April 11, 2005</u>, I deposited in the United States Mails, United States Attorney's Office, 411 West Fourth Street, Suite 8000, Santa Ana, California 92701 in the above-entitled action, in an envelope bearing the requisite postage, a copy of:

**STIPULATION TO CONTINUE SENTENCING DATE; [PROPOSED] ORDER** addressed to:

**SEE ATTACHMENT**

at their last known address, at which place there is a delivery service by United States Mail.

This Certificate is executed on <u>April 11, 2005</u>, Santa Ana, California. I declare under penalty or perjury that the foregoing is true and correct.

_Joyce Park_
Joyce Park

**SERVICE LIST**

Benjamin Gluck, Esq.
Bird Marella et al APC
1875 Century Park East, 23 FL.
Los Angeles, CA 90067

Mary Kelley, USPO
411 West 4th Street, Suite 4110
Santa Ana, CA 92701
(Hand Delivered)