# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## RETURN OF RECORDS TRANSMITTAL FROM 9TH CIRCUIT



JAN 2 4 2007

| | | |
|---|---|---|
| Routed to Santa Ana, Southern Division: | ☒ | Date Received: 1/24/07 |
| Routed to Riverside, Eastern Division: | ☐ | Time Received: |
| Routed to Laguna Niguel, National Archives & Records Administration: | ☐ | |

Case File Number: 8:03cr00026 - AHS

Title Case Name: USA v. Randall

Volume Number: 1 through 4

Transcripts (number received): 17

Other Court Documents: 9 sealed documents. #s S0029 thru 31, 33 thru 37 and 51

| | | | | | |
|---|---|---|---|---|---|
| Case File Underseal: | ☐ Yes | ☒ No | Case File Restricted: | ☐ Yes | ☒ No |

Exhibits Received (number of boxes): _____

Sealed documents routed to Exhibits: ☒ Yes ☐ No

| | | |
|---|---|---|
| Case File routed to Re-file area: | ☒ Yes ☐ No | Transcripts routed to Re-file area: ☒ Yes ☐ No |
| Case File routed to NARA: | ☐ Yes ☐ No | Transcripts routed to NARA: ☐ Yes ☐ No |
| Case File routed to B-47 area: | ☐ Yes ☐ No | Transcripts routed to B-47 area: ☐ Yes ☐ No |

Received by Records Clerk: Martha Torres

G-44 (05/04)   RETURN OF RECORDS TRANSMITTAL FROM 9TH CIRCUIT